**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy       12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Scott**<br>First name<br><br>**Richard**<br>Middle name<br><br>**Wehmeyer**<br>Last name and Suffix (Sr., Jr., II, III) | **Rachel**<br>First name<br><br>**Renee**<br>Middle name<br><br>**Wehmeyer**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1618 | xxx-xx-8745 |

Debtor 1 **Scott Richard Wehmeyer**
Debtor 2 **Rachel Renee Wehmeyer**

Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **2 Russell Hill Road**<br>**Ashburnham, MA 01430**<br>Number, Street, City, State & ZIP Code<br><br>**Worcester**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>**139 Shawn Avenue**<br>**Gardner, MA 01440**<br>Number, Street, City, State & ZIP Code<br><br>**Worcester**<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Scott Richard Wehmeyer**
Debtor 2   **Rachel Renee Wehmeyer**                                         Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | **Worcester, Massachusetts** | When | **4/30/15** | Case number | **15-40871** |
| | District | **Worcester, Massachussetts** | When | **2/15/12** | Case number | **12-40534** |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Scott Richard Wehmeyer**
Debtor 2   **Rachel Renee Wehmeyer**                                        Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

Debtor 1 **Scott Richard Wehmeyer**
Debtor 2 **Rachel Renee Wehmeyer**                             Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   Scott R. Wehmeyer
Debtor 2   Rachel R. Wehmeyer                                                        Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Scott R Wehmeyer                    /s/ Rachel R Wehmeyer
Scott R. Wehmeyer                       Rachel R. Wehmeyer
Signature of Debtor 1                   Signature of Debtor 2

Executed on   May 10, 2018              Executed on   May 10, 2018
              MM / DD / YYYY                          MM / DD / YYYY

| | |
|---|---|
| Debtor 1 | **Scott R. Wehmeyer** |
| Debtor 2 | **Rachel R. Wehmeyer** |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_[signature]_
Signature of Attorney for Debtor

Date **May 10, 2018**
MM / DD / YYYY

**Paul A. LaRoche 560487**
Printed name

**LaRoche Law, Paul A. LaRoche, Esq.**
Firm name

**P.O. Box 504**
**338 Elm Street**
**Gardner, MA 01440**
Number, Street, City, State & ZIP Code

Contact phone **978-632-1633**       Email address **larochelaw@aol.com**

**560487 MA**
Bar number & State

---

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 7

# United States Bankruptcy Court
### District of Massachusetts

In re: **Scott Richard Wehmeyer**
**Rachel Renee Wehmeyer**
Debtor(s)

Case No.
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **May 10, 2018**         **/s/ Scott Richard Wehmeyer**
                              **Scott Richard Wehmeyer**
                              Signature of Debtor

Date: **May 10, 2018**         **/s/ Rachel Renee Wehmeyer**
                              **Rachel Renee Wehmeyer**
                              Signature of Debtor

AOL Member Services
PO Box 65101
Sterling, VA 20165-8810

APS Medical Billing Specialists
2527 Cranberry Highway
Wareham, MA 02571

Bank of America
PO Box 25118
Tampa, FL 33622-5118

Central MA Oral Surgery
80 Erdman Way, Suite 201
Leominster, MA 01453

Central MA Oral Surgery/Peter
c/o Peter Roberts & Associates
231 E. Main Street
Suite 201
Milford, MA 01757

Central Mass Imaging
2527 Cranberry Highway
Wareham, MA 02571-1046

Chair City Family Medicine, PC
P.O. Box 843243
Boston, MA 02284-3243

Chair City Oil and Heating
525 Main Street
Gardner, MA 01440

Chex Systems, Inc.
Attn: Consumer Relations
7805 Hudson Rd. Suite 100
Saint Paul, MN 55125

City of Gardner Water Department
Room 114-City Hall
95 Pleasant Street
Gardner, MA 01440

Comcast Cable/Credit Collection
c/o Credit Collection Services
Two Wells Avenue
Dept. 9133
Newton, MA 02459

D'Ambrosio Eye Care, Inc.
74 Main Street
Gardner, MA 01440

```
D'Ambrosio Eye/Revenue Management
Revenue Management Corp.
520 Main Street, Ste 202
Waltham, MA 02452-5549

Debt Recovery Soltions, LLC
P.O. Box 9018
Syosset, NY 11791

Debt Recovery Solutions, LLC
900 Merchants Concourse
Suite 106
Westbury, NY 11590-5114

Dish Network
P.O. Box 9033
Littleton, CO 80160

Dish Network
9601 South Meridian Blvd.
Englewood, CO 80112

First Financial Resources, Inc.
One Clarks Hill, Suite 302
Framingham, MA 01702-2463

General Electric Capital Corporation
260 Long Ridge
Box 8300
Stamford, CT 06902

GFA Federal Credit Union
229 Parker Street
P.O. Box 468
Gardner, MA 01440-0468

GFA Federal Credit Union/VLV
c/o VLV Professionals, Inc.
PO Box 1982
Salem, NH 03079

Gragil Associates Inc
29 Winter Street
Pembroke, MA 02359

Heywood Hospital
Att: Billing Department
PO Box 1021
Pembroke, MA 02359-1021

Heywood Hospital Bankruptcy
Att: Billing/Bankruptcy Dept.
242 Green Street
Gardner, MA 01440
```

```
Heywood Hospital/Gragil
C/O Gragil Associates, Inc.
P.O. Box 1010
Pembroke, MA 02359-1010

Heywood Hospital/Gragil
c/o Gragil Associates, Inc.
29 Winter Street
Pembroke, MA 02359

Heywood Medical Group
242 Green Street, Annex Building
Gardner, MA 01440

Heywood Medical Group
P.O. Box 10021
Lewiston, ME 04243-9447

Heywood Medical Group/Stevens
C/O Stevens Business Service
92 Bolt Street, Ste. 1
P.O. Box 1233
Lowell, MA 01853

Internal Revenue Service
Bankruptcy Unit
P.O. Box 7346
Philadelphia, PA 19114-7346

Korde & Associates
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

LVNV Funding
P.O. Box 10584
Greenville, SC 29603

LVNV Funding LLC
PO Boc 10497
Greenville, SC 29603

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603

Mr. Cooper
8950 Cypress Waters Blvd.
350 Highland Drive
Coppell, TX 75019

National Grid
PO Box 960
Northborough, MA 01532-0960
```

```
New England Inpatient Specialist
944 Washington Street #1
South Easton, MA 02375-1177

Portfolio Recovery Associates
Riverside Commerce Center
140 Corporate Blvd. Ste 1
Norfolk, VA 23502

Sunrise Credit Services, Inc.
c/o AT&T Mobility
P.O. Box 9100
Farmingdale, NY 11735-9100

TeleCheck Bankruptcy Department
PO Box 4451
Houston, TX 77210-4451

TeleCheck Services, Inc.
5251 Westheimer
Houston, TX 77056

Umass Memorial Health Alliance MRI
55 Christy's Drive
Brockton, MA 02301

Verizon Bankruptcy Dept.
P.O. Box 3037
Bloomington, IL 61702

Verizon Wireless Corespondence
PO Box 105378
Atlanta, GA 30348

Verizon Wireless/United
c/o United Collection Bureau, Inc
5620 Southwyck Blvd Ste 206
Toledo, OH 43614

Verizon/EOS
c/o EOA CCA
700 Longwater Drive
Norwell, MA 02061

Wachusett Radiology, Inc.
P.O. Box 350
Etna, NH 03750

Wachusett Radiology/CBCS
C/O CBCS
P.O. Box 164090
Columbus, OH 43216-1090
```

```
Wachusett Radiology/Stevens
C/O Stevens Business Service
92 Bolt Street
Ste 1
Lowell, MA 01852

Webster Bank
PO Box 1809
Hartford, CT 06144-1809

Webster Bank, N.A.
609 West Johnson Avenue
CH 455
Cheshire, CT 06410

Webster Bank/PSH
c/o Partridge, Snow & Hahn LLP
2364 Post Road
Suite 100
Warwick, RI 02886
```